**Carl and Carol JOHNSON,**
**Plaintiffs/Appellants,**

**v.**

**KEMPER CORPORATION, d/b/a Economy Preferred Insurance Company,**
**Defendants/Respondents.**

**No. 64223.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 8, 1994.

Rehearing Denied April 7, 1994.

Carl and Carol Johnson pro se.

---

Michael P. Corrigan, Wuestling, James & DeVoto, St. Louis, for defendants/respondents.

Before GRIMM, P.J., and SMITH and AHRENS, JJ.

*MEMORANDUM OPINION*

PER CURIAM.

Plaintiffs appeal from the judgment in a court-tried case denying them recovery for termite damage under their homeowner's policy. No error of law appears, the judgment is supported by substantial evidence and is not against the weight of the evidence. An opinion would have no precedential value. The parties have been furnished with a statement setting forth the basis of our decision.

Judgment affirmed. Rule 84.16(b).